J:\CIV\FORMS\SSB Rule 26 no forms attached.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jan Creusere,
    Plaintiff,

    v.                                    Case No. C-1-01-21
                                          (Beckwith, J)

Ohio and Vicinity Regional Council
of Carpenters,
    Defendant.

_____

**Preliminary Pretrial Conference Notice**

_____

> Effective December 2, 2000, significant revisions were made to the Fed. R. Civ. P., with the result that the Southern District of Ohio no longer has the authority to opt-out of either the MANDATORY DISCLOSURE RULES of Fed. R. Civ. P. 26(a)(1), or the MANDATORY DISCOVERY CONFERENCE of counsel and any *pro se* parties required by Fed. R. Civ. P. 26(f). Accordingly, as soon as practicable, but in any event, no later than receipt of this notice, all counsel and any *pro se* parties shall agree on a date for their discovery conference as required by Fed. R. Civ. P. 26(f). In addition, the parties must file the report required by said Rule <u>not later than fourteen (14) days</u> after the Discovery Conference held by the parties. Unless otherwise agreed in the Discovery Plan, the parties shall make the disclosures required by Fed. R. Civ. P. 26(a)(1) at or <u>within fourteen (14) days</u> after the Discovery Conference. **IT IS NOT NECESSARY TO FILE YOUR RULE 26(a)(1) DISCLOSURES WITH THE COURT.** It is only necessary to file a Rule 26(f) Report of the Parties within the required time.

       The parties must comply with the above mandates of Fed. R. Civ. P. 26(f) and file the Rule 26(f) Report of the parties by **November 28, 2003**. The Court will thereafter, pursuant to Rule 16(b), enter a Calendar Order or will set and hold a Scheduling Conference after which a Calendar Order will be issued.

                                                s/Jan Lahley
                                                Courtroom Deputy

> You can obtain all the pretrial forms such as the Rule 26(f) report and trial procedures used by the trial Judge by visiting our website at:
>                                   www.ohsd.uscourts.gov
>
> Click on Judges, select the trial judge or Magistrate Judge and then Procedures and Forms for that Judge.