**SENDER:**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jan Albert Creusere
3943 Hazel Ave.
Cinti, OH 45212

C-1-01-21, Doc. 21

2. Article Number
   (Transfer from service label)

   7001 2510 0008 6348 8865

PS Form 3811, August 2001   SSB   Domestic Return Receipt                102595-02-M-0835

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Mary Cre...*   ☐ Agent  ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                   10/8/03

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes