FILED
Terry Deinlein, Acting Clerk
Cincinnati, Ohio

03 NOV 25 AM 10:57

DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |
|---|---|
| JAN ALBERT CREUSERE,<br>　　　　Plaintiff,<br><br>vs.<br><br>OHIO AND VICINITY REGIONAL<br>COUNCIL OF CARPENTERS,<br>　　　　et al.<br>　　　　Defendants, | CASE NO. C-1-01-0021<br><br>Judge Beckwith |

## MOTION TO ENLARGE
## NUMBER OF DEPOSITIONS
## TO AT LEAST TWENTY

**Introduction:**

On November 5, 2003 and various communications since Plaintiff and Defendants have reached an agreememt on Report of the Parties in the above captioned case and the Defendant's Counsel has filed the Report electronically on November 24, 2003. Under # 6 (3) the report states "under Fed. R. Civ. P. or the S.D. Ohio Civ. Rules, including the .....limitation of ten (10) depositions, each lasting no more than one seven-hour day," Plaintiff has established at least twelve people will need to be deposed for at least two of the claims and more (different) people will need to be deposed for the other two claims. At the present time Plaintiff anticipates at least twenty depositions need to be taken. Therefore, the following Motion is tendered:

## MOTION

In light of the above facts Plaintiff respectfully requests permission by the Court to depose at least twenty people in the above captioned case.

Respectfully submitted this 25th day of November, 2003 by

*Jan Albert Creusere*

Jan Albert Creusere
3943 Hazel Avenue
Cincinnati, OH 45212
513-631-2327
jancreusere@yahoo.com

## Certificate of Service

I, Jan Albert Creusere, Plaintiff *pro se*, hereby attest and affirm that a true and accurate copy of the above Motion to Enlarge was sent to Fred Seleman, Counsel for the Defendants, c/o Ulmer & Berne, LLP, Penton Media Building, 1300 East Ninth Street, Suite 900, Cleveland, OH 44114, via regular first class mail, postage prepaid, on this 25th day of November, 2003.

*Jan Albert Creusere*

Jan Albert Creusere