# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Jan Creusere,
         Plaintiff,                              **Civil Action No: C-1-01-021**

         vs.

                                                 **CALENDAR ORDER**
                                                 (Beckwith, J.; Novotny M.J.)

Ohio and Vicinity Regional
Council of Carpenters,
         Defendant


Following a status conference with the parties, the Court has determined that the Rule 26(f)
Report of the Parties should not be accepted as submitted.  At the status conference the parties
concurred with the schedule included herein.

        It is now ORDERED that this case shall proceed as follows:

1.      Deadline for Motion for Leave to Amend Complaint and add parties: 4/5/04

2.      Discovery deadline:                  6/11/04

        Deadline for plaintiff to identify experts and provide reports and to file a Notice of
        Compliance:                          3/5/04

        Deadline for defendant to identify experts and provide reports and to file a Notice of
        Compliance:                          4/5/04

        Parties to exchange witness lists and testimony summary:    5/14/04

3.      Dispositive motion deadline:         7/20/04

4.      Final Pretrial Conference before Judge Beckwith on or after 11/04

5.      The parties will be ready for Trial before Judge Beckwith on or after 12/04

        Defendant's motion to enlarge number of depositions (Doc. 23) is DENIED without
prejudice to refiling.


                          s/Susan M. Novotny
                          Susan M. Novotny
                          United States District Judge