FILED
JAMES BONINI
CLERK

04 MAY -5 PM 4:26

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

|  |  |
|---|---|
| ) | CASE NO. C-1-01-0021 |
| JAN ALBERT CREUSERE, ) | Judge Beckwith |
| Plaintiff, ) |  |
| vs. ) |  |
| OHIO AND VICINITY REGIONAL ) | |
| COUNCIL OF CARPENTERS, ) | |
| et al. ) | |
| Defendants, ) | |

## MOTION TO EXTEND
## ALL COMPLETION DATES
## BY 150 DAYS

**Introduction:**

On December 3, 2003 I met with an attorney of Ulmer & Berne representing the Ohio and Vicinity Regional Council of Carpenters and a Magistrate filling in for the retiring Magistrate Jack Sherman (a lady from Florida who's name I can't remember) to discuss scheduling for the above captioned case. Ms. Jan Lahley was also present. The Magistrate said she would make a decision concerning the scheduling of the case and send me a copy of the Order along with declining a Motion to Enlarge the Number of Depositions to Twenty. She said she would send it certified mail. To date I still have not received a declination of my Motion nor a scheduling order for this case even though it is some five months later.

Therefore the following Motion is tendered:

## MOTION

I, Jan Albert Creusere, Plaintiff, *pro se*, in the above captioned case do hereby move the Court to extend the completion dates of all events scheduled in this case by one hundred fifty (150) days.

Respectfully submitted this 5th day of May, 2004 by

*[signature]*

Jan Albert Creusere
3943 Hazel Avenue
Cincinnati, OH 45212
513-631-2327
jancreusere@
    yahoo.com

### Certificate of Service

I, Jan Albert Creusere, Plaintiff *pro se*, hereby attest and affirm that a true and accurate copy of the above Motion to Enlarge was sent to Fred Seleman, Counsel for the Defendants, c/o Ulmer & Berne, LLP, Penton Media Building, 1300 East Ninth Street, Suite 900, Cleveland, OH 44114, via regular first class mail, postage prepaid, on this 5th day of May, 2004.

*[signature]*

Jan Albert Creusere
3943 Hazel Ave.
Cincinnati, OH 45212
513-631-2327
jancreusere@
    yahoo.com