UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jan Creusere,

    Plaintiff,

vs.                                            Case No. 1:01-cv-21
                                                  (Beckwith, J.; Black, M.J.)

Ohio and Vicinity Regional
Council of Carpenters,

    Defendant.

**ORDER DENYING PLAINTIFF'S MOTION TO EXTEND ALL COMPLETION DATES BY 150 DAYS (Doc. 27) AND CLARIFYING THAT THE CALENDAR ORDER ENTERED ON DECEMBER 4, 2003 (Doc. 24) IS STILL IN EFFECT**

This matter is before the Court on a motion by plaintiff (doc. 27) to extend all completion dates by 150 days. As grounds for the motion, plaintiff contends that he never received a copy of the Calendar Order, entered on December 4, 2003.

Plaintiff's motion is not well taken. He admits that he was present at a status conference on December 3, 2003 at which the proposed calendar was discussed. He has not demonstrated that he was unaware of the deadlines, which were established at that conference and in which he concurred, and he not shown any prejudice resulting if the Order, sent to him by certified mail (*see* doc. 24, attachment), did not reach him.

**IT IS ORDERED THAT** plaintiff's motion to extend all completion dates by 150 days (doc. 27) is **DENIED**. The Clerk of Court is directed to send plaintiff a copy of this

Order and a copy of the Calendar Order by certified mail.

**IT IS SO ORDERED.**


Date:  5/10/04                              s/Timothy S. Black
                                            Timothy S. Black
                                            United States Magistrate Judge