**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jan Creusere,
    Plaintiff,

vs.

Ohio and Vicinity Regional
Council of Carpenters,
    Defendant

Civil Action No: C-1-01-021

**CALENDAR ORDER**
(Beckwith, J.; Novotny M.J.)

Following a status conference with the parties, the Court has determined that the Rule 26(f) Report of the Parties should not be accepted as submitted. At the status conference the parties concurred with the schedule included herein.

    It is now ORDERED that this case shall proceed as follows:

1. Deadline for Motion for Leave to Amend Complaint and add parties: 4/5/04

2. Discovery deadline:     6/11/04

   Deadline for plaintiff to identify experts and provide reports and to file a Notice of Compliance:     3/5/04

   Deadline for defendant to identify experts and provide reports and to file a Notice of Compliance:     4/5/04

   Parties to exchange witness lists and testimony summary:     5/14/04

3. Dispositive motion deadline:     7/20/04

4. Final Pretrial Conference before Judge Beckwith on or after 11/04

5. The parties will be ready for Trial before Judge Beckwith on or after 12/04

    Defendant's motion to enlarge number of depositions (Doc. 23) is DENIED without prejudice to refiling.

                                      s/Susan M. Novotny
                                      Susan M. Novotny
                                      United States District Judge

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jan Albert Creusere<br>3943 Hazel Avenue<br>Cincinnati, OH 45212-3827 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7001 2510 0008 6348 9275 | |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540