**SENDER:**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jan Creusere
   3943 Hazel Ave
   Cincinnati, Ohio 45[?]

A. Signature
   X  Mary C[...]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                   5-13

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   7003 2260 0002 6723 3531

102595-02-M-1540

UNITED STATES POSTAL SERVICE

- Sender: Please print your name, address, and ZIP+4 in this box