FILED
JAMES BONINI
CLERK

04 JUL -1 PM 3: 45

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |
|---|---|
| JAN ALBERT CREUSERE,  ) | CASE NO. C-1-01-0021 |
| Plaintiff,  ) | Judge Susan Beckwith |
| vs.  ) |  |
| OHIO AND VICINITY REGIONAL  ) | |
| COUNCIL OF CARPENTERS,  ) | |
| et al.  ) | |
| Defendants,  ) | |

## STATUS REPORT AS PER MAGISTRATE
## BLACK'S ORDER DATED JUNE 18, 2004 (DOC #32)

Introduction:

Plaintiff is puzzled as to why his Motion to Extend all Completion Dates was denied and then, upon reconsideration, granted by the same Magistrate. Why was Plaintiff's declaration of not being served the Calendar Order by the Court not acceptable on one Order, and then acceptable on the very next Order by the same Magistrate? *Pro se* litigants are confined to file and litigate by "hard copy", and not allowed to participate in the Federal Courts electronically like lawyers and law firms can. Thus, when the Federal Court has to serve an Order by a third party carrier, usually the US Postal Service, then the Court should be held responsible for such service. That is exactly what I did, *the first time!* Magistrate Novotny *DID NOT* decide on all the dates at the conference of Dec. 3, 2003. There are no transcripts of the conference. I had nothing to go on except Magistrate Novotny's word that she would send me a Calendar Order. I

didn't write them down *because* she said she would send me an Order. That Calendar Order included all Discovery Dates. It is the Court's responsibility to see that that Order is properly served, not mine!

STATUS REPORT OF CASE:

No more time is needed. On this first day of July 2004, I, Jan Albert Creusere, have signed the Stipulated Motion to Dismiss drawn up by Ulmer & Berne, counsel for the Defendants and am sending it to them via Fed Ex, which they in turn will sign and file with the Court electronically. I ask the Court to Grant such Motion and to do so only once this case is reviewed in its totality by the Honorable Judge Susan Beckwith and not by a Magistrate.

Respectfully submitted this 1st day of July, 2004 by

*[signature]*

Jan Albert Creusere

### Certificate of Service

I, Jan Albert Creusere, Plaintiff *pro se*, hereby attest and affirm that a true and accurate copy of the above Status Report was sent to Fred Seleman, Counsel for the Defendants, c/o Ulmer & Berne, LLP, Penton Media Building, 1300 East Ninth Street, Suite 900, Cleveland, OH 44114, via Fed Ex, postage prepaid, on this 1st day of July, 2004.

*[signature]*

Jan Albert Creusere
3943 Hazel Ave.
Cincinnati, OH 45212
513-631-2327
jancreusere@
        yahoo.com