| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Mary Creusere* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery: 7-16 00 |
| 1. Article Addressed to:<br>Jan Creusere<br>3943 Hazel Ave<br>Cincinnati, Ohio<br>45212 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
|  | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(Transfer from service) 7001 2510 0008 6348 6748 | |
| PS Form 3811, August 2001 | Domestic Return Receipt  Doc 36  SSB 01-21  102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box

```
         OFFICE OF THE CLERK
         U. S. DISTRICT COURT
         324 U. S. Courthouse
         5th & Walnut Streets
         Cincinnati, Ohio 45202
```