IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAN ALBERT CREUSERE | ) | CIVIL ACTION NO. C-1-01 0021 |
| | ) | |
| Plaintiff | ) | JUDGE BECKWITH |
| | ) | |
| v. | ) | MAGISTRATE JUDGE BLACK |
| | ) | |
| OHIO AND VICINITY REGIONAL | ) | |
| COUNCIL OF CARPENTERS | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **AND JUDGMENT ENTRY** |
| Defendant | ) | |

The parties to this action do hereby stipulate and agree that the Complaint filed herein by Plaintiff Jan Albert Creusere may be, should be and hereby is dismissed, each party to bear its own costs and attorneys' fees.

_____
Jan Albert Creusere
Plaintiff
July 1, 2004

_____
Fred Seleman
One of the Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system. In addition, a copy of the foregoing was sent by electronic mail, this 15th day of May 2004 to:

>Jan Albert Creusere
>3943 Hazel Avenue
>Cincinnati, Ohio 45212-3827
>jancreusere@yahoo.com
>
>Plaintiff

>s/ Fred Seleman
>One of the Attorneys for Defendant

4

1367745.v1